FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L...

2005 FEB -3 P 4: 26

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GREENFIELD COMMERCIAL CREDIT, L.L.C. | * * * | CIVIL ACTION NO. 03-CV-3391 |
| VERSUS | * * | SECTION "K" |
| CATLETTSBURG REFINING, L.L.C. ET AL. | * | MAG. DIV. (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Greenfield Commercial Credit, L.L.C. ("Greenfield"), and for its First Supplemental and Amended Complaint, amends paragraph 1 of its Petition as follows and adds following paragraphs:

"1.

Made defendants herein are:

1.  Catlettsburg Refining, L.L.C. ("Catlettsburg"), a limited liability company organized and existing under the laws of the State of Delaware with a principal place of business in Catlettsburg, Kentucky. Catlettsburg is not domiciled in this state and is a "non-resident" of this state as set forth in La.R.S. 13:3206; and

2.  Jacobs Engineering Group, Inc. ("Jacobs"), upon information and belief, a Delaware corporation that at all relevant times had its principal place of business in California, but is authorized to do and is doing business in the State of

1

Louisiana. Jacobs was previously brought into this action by way of the Third Party demand of Catlettsburg."

"14.

Jacobs has a place of business in Louisiana, and, upon information and belief, one or more of its employees were involved in the ordering and delivering from PipeWorks of the goods or materials involved herein.

15.

Catlettsburg and Jacobs have been previously notified by PipeWorks and Greenfield to make all payments on the Catlettsburg Accounts to Greenfield.

16.

Jacobs represented to Greenfield and/or the original creditor, PipeWorks, Inc. that it was the agent of Catlettsburg and had authority to act on its behalf with respect to the transactions which underlie this action.

17.

Greenfield has averred and continues to aver that Jacobs was indeed the agent of Catlettsburg with respect to the transactions which underlie this action.

18.

Catlettsburg has specifically denied the allegation that Jacobs was its agent with respect to the underlying transactions.

19.

Accordingly, alternatively, and only in the event that it is found that Jacobs exceeded its authority to act on behalf of Catlettsburg, which is expressly denied, Jacobs is responsible for all amounts claimed herein pursuant to Louisiana Civil Code article 3019, which provides that a mandatary who exceed his authority is personally bound to the third person with whom he contracts."

Wherefore, plaintiff Greenfield Commercial Credit prays:

1. For judgment in favor of Greenfield Commercial Credit, L.L.C. and against defendant Catlettsburg Refining L.L.C. in the amount of $2.253.326.68, together with interest accruing at the judicial rate in the State of Louisiana from the due dates of the respective invoices listed on the itemized statement until paid, reasonable attorney fees as allowed by La. R.S. 9:2781, and for all costs of these proceedings.

2. Alternatively, in the event that Jacobs acted outside of its authority, for judgment in favor of Greenfield Commercial Credit, L.L.C. and against defendant Jacobs Engineering Group, Inc.. in the amount of $2.253.326.68, together with interest accruing at the judicial rate in the State of Louisiana from the due dates of the respective invoices listed on the itemized statement until paid, reasonable attorney fees as allowed by La. R.S. 9:2781, and for all costs of these proceedings.

5. For all other legal or equitable relief to which Greenfield may be entitled.

3

Respectfully Submitted:

JAMES M. GARNER (19589)T.A.
DARNELL BLUDWORTH (18801)
TERRI B. LOUGHLIN (28127)
SHER GARNER CAHILL RICHTER KLEIN
MCALISTER & HILBERT
A PROFESSIONAL LIMITED LIABILITY COMPANY
Twenty-Eighth Floor
909 Poydras Street
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
ATTORNEYS FOR GREENFIELD COMMERCIAL
CREDIT, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been mailed to all counsel of record, via U.S. Mail, this 31 day of January, 2005.

JAMES M. GARNER