UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREENFIELD COMMERCIAL CREDIT, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-3391** |
| **CATLETTSBURG REFINING, L.L.C.** | **SECTION "K"(2)** |

## ORDER

Before the Court is a Motion to Dismiss "Claims Asserted Against Catlettsburg and Jacobs" on Behalf of Greenfield Commercial Credit, L.L.C which was set for hearing on October 18, 2006. The Court has received no opposition to this motion which would be in keeping with certain settlements of which the Court is aware. Furthermore, the Court finds merit in the motion. Accordingly,

**IT IS ORDERED** is **GRANTED** as unopposed dismissing any claims made by Analytic Stress Relieving, Inc., Portable Machine Works, Inc., Thomas Pipe & Steel, Inc., Radnor Alloy Inc., Edgen Alloy Products Group, L.L.C. and Edgen Carbon Products Group, L.L.C. against Greenfield Commercial Credit, L.L.C. contained in the Answer to the Second Amended and Supplemental Third-Party Complaint and Complaint in Interpleader (Doc. No. 136) with prejudice.

New Orleans, Louisiana, this 20th day of October, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE