UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


GREENFIELD COMMERCIAL                           CIVIL ACTION
CREDIT, L.L.C.

VERSUS                                          NO. 03-3391

CATLETTSBURG REFINING, L.L.C.,                  SECTION "K"(2)
ET AL.


### ***ORDER***


Before the Court is "Defendants' Motion to Strike Greenfield's Cross Motion for Summary Judgment" filed on behalf of Catlettsburg Refining, L.L.C. and Jacobs Engineering Group, Inc. Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned below, grants the motion to strike Greenfield's cross motion for summary judgment.

The April 11, 2006 Scheduling Order entered in this case clearly states that "[a]ll pretrial motions, including motions *in limine* regarding the admissibility of expert testimony (Daubert), shall be filed no later than February 6, 2007 and served in sufficient time to permit hearing on February 21, 2007."  Greenfield filed this cross motion for summary judgment on February 13, 2007, one week past the deadline established in the Court's Scheduling Order for the filing of pretrial motions, and more than one month after the Court denied its first motion for summary judgment.  Greenfield has not offered any justification for failing to comply with the Scheduling Order.

Moreover, *Caravan Refrigerated Cargo, Inc. v. Yaquinto*, 864 F.2d 388 (5th Cir. 1989), relied upon by plaintiff in opposing defendants' motion to strike is inapposite.  In *Caravan* the Fifth Circuit affirmed the district court's grant of a motion for summary judgment which was filed after the court imposed deadline for filing such motions, concluding that the same reasoning which permits a court

to grant summary judgment for a non-movant *sua sponte* applies where a non-movant has failed to meet a motion deadline. *Caravan* does not address the situation presented here, i.e., the right of a district court to decline to consider an untimely filed motion for summary judgment. The Court is not obligated to consider Greenfield's untimely filed motion for summary judgment. Accordingly,

**IT IS ORDERED** that the "Motion to Strike Greenfield's Cross Motion for Summary Judgment" filed on behalf of defendants Catlettsburg Refining, L.L.C. and Jacobs Engineering Group, Inc. is Granted.

New Orleans, Louisiana, this 21st day of February, 2007.

_____
        STANWOOD  R. DUVAL, JR.
        UNITED STATES DISTRICT JUDGE

2